JAMES R. HALL et al., Respondents, v. RICHTER TRUCK RENTAL CORP. et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

CHRISTINE VAN BUREN v. RALPH VAN BUREN.— Motion for resettlement denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 805.]

THEODORE BIRKE v. HELD-FOSTER CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 810.]

In the Matter of the Application of SAMUEL M. BRODY for Reinstatement as an Attorney.—Motion for reinstatement denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In Matter of the Application of LOUIS FISCHER for Reinstatement as an Attorney.— Motion for reinstatement denied. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Arbitration between R. B. GANTT, Doing Business under the Name of SOUTHLAND SUPPLY COMPANY, and FELIPE Y. CARLOS HURTADO & CIA., Ltda.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, Dore, Callahan and Van Voorhis, JJ. [See 272 App. Div. 801, 961.]

## (February 24, 1948.)

GEORGE MANASSE, Appellant, v. HEINE & COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [188 Misc. 535.]

WEMBACH CORPORATION, Appellant, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JARVIS TOWING & TRANSPORTATION CORPORATION et al., Respondents, v. AETNA INSURANCE COMPANY et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 894.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIANO ABELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.